JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTIN QUINTERO,<br><br>                Petitioner,<br><br>    v.<br><br>WARREN L. MONTGOMERY,<br><br>                Respondent. | Case No. No. 2:21-cv-09283-SPG (ADS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action dismissed with prejudice.

Dated: November 27, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-1-